# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>    Plaintiff,<br><br> v.<br><br>COX MEDIA GROUP, LLC, APOLLO GLOBAL MANAGEMENT, LLC, APOLLO INVESTMENT FUND IX, L.P., TERRIER MEDIA BUYER, INC., NBI HOLDINGS, LLC, BRYSON BROADCAST HOLDINGS, LLC, NORTHWEST BROADCASTING, L.P., NORTHWEST BROADCASTING, INC., CAMELOT MEDIA BUYER, INC., and CAMELOT MEDIA HOLDINGS, LLC,<br><br>    Defendants. | No. 20-cv-570<br><br>Hon. Steven C. Seeger |

**DEFENDANT TERRIER MEDIA BUYER, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Terrier Media Buyer, Inc. states that:

1. It is 100% owned by Terrier Medial Holdings II, Inc., which is privately held.

2. It has no publicly held affiliates.

Dated: January 27, 2020

Respectfully submitted,

*/s/ John M. Skakun III*
Scott Lassar (No. 1586270)
Bruce R. Braun (No. 6206628)
Hille R. Sheppard (No. 6226077)
John M. Skakun III (No. 6297636)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

1

slassar@sidley.com
bbraun@sidley.com
hsheppard@sidley.com
jskakun@sidley.com

*Counsel for Defendants (other than Cox Media Group, LLC)*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ John M. Skakun III*
John M. Skakun III (No. 6297636)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
jskakun@sidley.com

*Counsel for Defendants (other than Cox Media Group, LLC)*