IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> COX MEDIA GROUP, LLC, APOLLO GLOBAL MANAGEMENT, LLC, APOLLO INVESTMENT FUND IX, LP., TERRIER MEDIA BUYER, INC., NBI HOLDINGS, LLC, BRYSON BROADCAST HOLDINGS, LLC, NORTHWEST BROADCASTING, L.P., NORTHWEST BROADCASTING, INC., CAMELOT MEDIA BUYER, INC., AND CAMELOT MEDIA HOLDINGS, LLC, <br><br> Defendants. | Case No. 20-cv-00570 <br><br> Hon. Thomas M. Durkin |

## DEFENDANT COX MEDIA GROUP, LLC'S CONSENT TO REMOVAL

Defendant Cox Media Group, LLC ("Cox"), by its attorneys, and pursuant to 28 U.S.C. § 1446(b)(2), hereby certifies that it consents to removal of this action to this Court by Defendants Terrier Media Buyer, Inc. d/b/a Cox Media Group, NBI Holdings, LLC, Bryson Broadcast Holdings, LLC, Northwest Broadcasting, LP, Northwest Broadcasting, Inc., Camelot Media Buyer, Inc., Camelot Media Holdings, LLC, Apollo Global Management, Inc., and Apollo Investment Fund IX, LP ("Defendants"). (*See* Dkt. 1.) Defendant Cox further certifies that it had consented to removal of this action, by written email, before the Notice of Removal was filed on January 24, 2020, as noted in the Notice of Removal. (*See* Dkt. 1 at ¶ 7.)

Dated: February 10, 2020

Respectfully submitted,

*/s/ Patricia Brown Holmes*
Patricia Brown Holmes
Joshua D. Lee
Brian O'Connor Watson
Allison N. Siebeneck
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
pholmes@rshc-law.com
jlee@rshc-law.com
bwatson@rshc-law.com
asiebeneck@rshc-law.com

*Counsel for Cox Media Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ *Patricia Brown Holmes*
Patricia Brown Holmes
Joshua D. Lee
Brian O'Connor Watson
Allison N. Siebeneck
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
pholmes@rshc-law.com
jlee@rshc-law.com
bwatson@rshc-law.com
asiebeneck@rshc-law.com

*Counsel for Cox Media Group, LLC*