IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> COX MEDIA GROUP, LLC, et al., <br><br> Defendants. | Case No. 1:20-cv-00570 <br><br> Hon. Thomas M. Durkin |

**TERRIER MEDIA BUYER, INC.'S MOTION TO REASSIGN A RELATED CASE**

Defendant Terrier Media Buyer, Inc. ("Terrier Media") respectfully moves to reassign a related case to this Court's docket. The related case, captioned *Terrier Media Buyer, Inc. v. DISH Network L.L.C.*, No. 1:20-cv-00583 (N.D. Ill.), is currently before the Honorable Sharon Johnson Coleman.

No Defendant in this case opposes reassignment. DISH Network L.L.C. ("DISH") is the only party to the related case besides Terrier Media. On April 20 and May 1, 2020, Defendants' counsel asked DISH's counsel whether DISH opposes reassignment. On May 4, 2020, counsel for DISH authorized Defendants to state the following: "DISH takes no position on this motion, and is ready and willing to proceed in this matter before Judge Coleman or Judge Durkin, at the Court's discretion."

Terrier Media respectfully requests that the Court grant the motion for the reasons set forth in the accompanying memorandum of law and supporting exhibits.

Dated: May 4, 2020                                                                Respectfully submitted,

                                                                                            */s/ Hille R. Sheppard*

1

Scott Lassar (No. 1586270)
Bruce R. Braun (No. 6206628)
Hille R. Sheppard (No. 6226077)
John M. Skakun III (No. 6297636)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
slassar@sidley.com
bbraun@sidley.com
hsheppard@sidley.com
jskakun@sidley.com

*Counsel for Terrier Media Buyer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Hille R. Sheppard*
Hille R. Sheppard (No. 6226077)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
hsheppard@sidley.com

*Counsel for Terrier Media Buyer, Inc.*
