UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-CV-00570 |
| | ) Hon. Thomas M. Durkin |
| COX MEDIA GROUP, LLC, et al. | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff DISH Network L.L.C. ("DISH") moves for a preliminary injunction against Defendants Cox Media Group, LLC ("Cox"), Terrier Media Buyer, Inc. d/b/a Cox Media Group, NBI Holdings, LLC, Bryson Broadcast Holdings, LLC, Northwest Broadcasting, L.P., Northwest Broadcasting, Inc., Camelot Media Buyer, Inc. ("CMB"), Camelot Media Holdings, LLC ("CMH"), Apollo Global Management, Inc., Apollo Investment Fund IX, L.P., AP IX (PMC) VoteCo, LLC, and AP IX Titan Holdings GP, LLC (collectively, "Defendants") in order to maintain the *status quo pendente lite* so that DISH may continue to retransmit certain local network-affiliated stations to its customers during the course of this litigation. In support of this Motion, DISH states as follows:

1. A preliminary injunction should issue where the moving party shows (1) that it has no adequate remedy at law; (2) that it will suffer irreparable harm if the preliminary injunction is not issued; (3) that the irreparable harm it will suffer if the preliminary injunction is not granted is greater than the irreparable harm the defendant will suffer if the injunction is granted; (4) that it has a reasonable likelihood of prevailing on the merits; and (5) that the injunction will not harm the public interest. *Brunswick Corp. v. Jones*, 784 F.2d 271, 273–74 (7th Cir. 1986); *Meridian Mut. Ins. Co. v.*

1

*Meridian Ins. Grp., Inc.*, 128 F.3d 1111, 1114 (7th Cir. 1997). Additionally, "the degree of likelihood of prevailing on the merits that the plaintiff must demonstrate decreases the more heavily the balance of harms weighs in its favor." *Brunswick Corp.*, 784 F.2d at 275.

2. This preliminary injunction motion is supported by DISH's Verified Complaint (Dkt. No. 1, ECF Page Nos. 17-291 (Verified Compl. and exhibits)), as amended (Dkt. No. 84), and by DISH's forthcoming Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and the supporting materials filed therewith, which will be submitted in accordance with the schedule ordered by this Court. Dkt. No. 90.

3. As stated in the April 24 status report (Dkt. No. 81), counsel for the parties have conferred, and Defendants intend to oppose DISH's Motion for Preliminary Injunction.

WHEREFORE, DISH respectfully requests that the Court grant this Motion and enter a preliminary injunction (i) enjoining Defendants Cox, CMB, and CMH, and those in active concert with them, from continuing to breach the terms of the Cox Retransmission Agreement[1] and (ii) enjoining all Defendants, and those in active concert with them, from interfering with DISH's retransmission rights with respect to the Cox Stations[2] or taking any action to deprive DISH of its rights or benefits under the Cox Retransmission Agreement, including by withholding or threatening to withhold consent to retransmit the Cox Stations at the rates set forth in the Cox Retransmission Agreement during the term of that Agreement.

---

[1] The Cox Retransmission Agreement is filed under seal at Docket No. 7.
[2] The Cox Stations are defined in the First Amended Complaint ¶ 29, Docket No. 84.

Dated: May 7, 2020  Respectfully submitted,

/s/ *Jared R. Butcher*
Michael Dockterman (ARDC #: 3121675)
STEPTOE & JOHNSON LLP (Firm ID: 43315)
227 West Monroe, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 577-1243
Fax: (312) 577-1370

- And -

Pantelis Michalopoulos (*pro hac vice*)
Jared R. Butcher (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-3000

*Attorneys for Plaintiff DISH Network L.L.C*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that Plaintiff's Motion for Preliminary Injunction was served on counsel of record via the ECF Pacer E-Filing system on May 7, 2020, and on the parties without counsel of record in accordance with the Federal Rules of Civil Procedure.

               /s/ *Jared R. Butcher*
               Jared R. Butcher