## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

DISH Network L.L.C.

                       Plaintiff,

v.                                             Case No.: 1:20–cv–00570
                                               Honorable Thomas M. Durkin

Cox Media Group, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing is set for 7/16/2020 at 11:30 AM. The parties are to call 877–402–9757, access code 4410831. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.