**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

DISH Network L.L.C.
                          Plaintiff,

v.                                                             Case No.: 1:20−cv−00570
                                                             Honorable Thomas M. Durkin

Cox Media Group, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 20, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone conference held on 7/20/2020. For the reasons stated, the Court denies DISH's motion for a preliminary injunction. R. [91]. DISH's motion to stay pending appeal, R. [126], is also denied with a written order to follow. Denying DISH's motion to stay does not supersede the Court's order that the TRO will dissolve at 12:00 p.m. CST on July 22,2020. The 7/23/2020 telephone conference is vacated and reset to 8/5/2020 at 09:00 AM. The parties are to call 877−402−9757, access code 4410831. The filing of a responsive pleading is stayed pending the next status. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.