UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> COX MEDIA GROUP, LLC et al., ) <br> ) <br> Defendants. ) | Case No. 1:20-CV-00570 <br> Hon. Thomas M. Durkin |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff-Appellee DISH Network L.L.C. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order dated July 20, 2020 (Dkt. No. 120) ("Order"), denying DISH's motion for a preliminary injunction and dissolving a temporary restraining order against all Defendants-Appellees. *See* 28 U.S.C. § 1292(a)(1). To the extent appealable at this stage, DISH also appeals the district court's order for limited document production dated May 6, 2020 (Dkt. No. 90) and its order denying DISH's motion to compel discovery dated June 17, 2020 (Dkt. No. 104). DISH will seek a stay of the Order to prevent dissolution of the temporary restraining order.

Dated: July 20, 2020    Respectfully submitted,

/s/ *Michael Dockterman*
Pantelis Michalopoulos (*pro hac vice*)
Michael Dockterman (ARDC #: 3121675)
Jared R. Butcher (*pro hac vice*)
STEPTOE & JOHNSON LLP
227 West Monroe, Suite 4700
Chicago, Illinois 60606
Telephone:  (312) 577-1243
Fax:  (312) 577-1370

- and -

1330 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 429-3000

*Attorneys for DISH Network L.L.C*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2020, I caused a true and correct copy of the foregoing motion to be served via the Court's ECF system upon all counsel of record.

*/s/ Michael Dockterman*
Michael Dockterman
