IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>   Plaintiff,<br><br>   v.<br><br>COX MEDIA GROUP, LLC, APOLLO GLOBAL MANAGEMENT, INC, APOLLO INVESTMENT FUND IX, LP., TERRIER MEDIA BUYER, INC., NBI HOLDINGS, LLC, AP IX TITAN HOLDINGS GP, LLC, AP IX (PMC) VOTECO, LLC, BRYSON BROADCAST HOLDINGS, LLC, NORTHWEST BROADCASTING, L.P., NORTHWEST BROADCASTING, INC., CAMELOT MEDIA BUYER, INC., AND CAMELOT MEDIA HOLDINGS, LLC,<br><br>   Defendants. | Case No. 20-cv-00570<br><br>Hon. Thomas M. Durkin |

**DEFENDANT COX MEDIA GROUP, LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Cox Media Group, LLC states that it is a wholly owned subsidiary of Cox Enterprises, Inc. Cox Enterprises, Inc. is a privately held corporation.

1

Dated: July 24, 2020 Respectfully submitted,

*/s/ Patricia Brown Holmes*
Patricia Brown Holmes
Joshua D. Lee
Brian O'Connor Watson
Allison N. Siebeneck
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
pholmes@rshc-law.com
jlee@rshc-law.com
bwatson@rshc-law.com
asiebeneck@rshc-law.com

*Counsel for Cox Media Group, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on July 24, 2020, these papers were filed using the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Brian O. Watson*
Counsel for Cox Media Group, LLC

4817-0624-9924, v. 1