IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> COX MEDIA GROUP, LLC et al., ) <br> ) <br> Defendants. ) | Case No. 1:20-CV-00570 <br> Hon. Thomas M. Durkin |

## JOINT SCHEDULING ORDER

In accordance with this Court's directive during the August 5, 2020 status conference and the agreement of the parties, Plaintiff DISH Network L.L.C. ("Plaintiff"), Defendant Cox Media Group, LLC ("Cox"),[1] and Defendants Terrier Media Buyer, Inc. d/b/a Cox Media Group, NBI Holdings, LLC, Bryson Broadcast Holdings, LLC, Northwest Broadcasting, L.P., Northwest Broadcasting, Inc., Camelot Media Buyer, Inc., Camelot Media Holdings, LLC, Apollo Global Management, Inc., Apollo Investment Fund IX, L.P., AP IX (PMC) VoteCo, LLC, and AP IX Titan Holdings GP, LLC (the "Terrier Defendants" and collectively with Cox, "Defendants") the Court enters the following Scheduling Order:

1. Terrier Defendants shall answer or otherwise respond to the amended complaint by September 14, 2020.

---

[1] Cox reserves its position that discovery shall be limited, if any, with respect to Cox pursuant to the August 5, 2020 status hearing.

2. If Terrier Defendants file a motion to dismiss all or part of the amended complaint, Plaintiff shall file its opposition brief by October 14, 2020. Terrier Defendants' reply brief, if any, shall be filed by November 4, 2020.

3. The parties shall participate in a telephonic Rule 26(f) conference on a mutually agreeable date no later than August 28, 2020.

4. Initial disclosures shall be completed by September 11, 2020.

5. Interrogatories and requests for production of documents shall be issued no later than November 11, 2020. For interrogatories and document requests issued earlier than November 11, responses shall be due according to the deadlines set by the Federal Rules of Civil Procedure. For document requests, the producing party shall make a reasonable, good faith effort to begin producing responsive documents within thirty (30) days after serving its written responses on the requesting party, and will meet and confer with the requesting party regarding the timing of supplemental productions, if necessary.

6. The parties shall negotiate and complete a remote deposition protocol for any depositions that must be conducted remotely by December 15, 2020.

7. Fact discovery shall be completed by May 4, 2021.

8. DISH shall serve expert disclosures, if any, by June 4, 2021. Depositions of these experts, if any, shall be completed by June 25, 2021. Defendants' expert disclosures, if any, shall be served by July 9, 2021. Depositions of Defendants' experts, if any, shall be completed by July 30, 2021. DISH shall serve rebuttal expert disclosures, if any, by August 10, 2021, and depositions of any rebuttal experts shall be completed by August 31, 2021.

9. Any summary judgment motions with supporting memoranda shall be filed by May 18, 2021. Opposition briefs shall be filed by June 15, 2021. Reply briefs, if any, shall be filed by July 2, 2021.

10. The final pre-trial conference will be conducted on October 4, 2021 or another date to be determined by the Court.

11. The parties may modify the foregoing discovery deadlines by agreement provided that the modification will not prevent them from satisfying the dispositive motion deadlines.

Dated: August 18, 2020

ENTERED:

*Thomas M Durkin*

Honorable Thomas M. Durkin
United States District Judge