IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> APOLLO GLOBAL MANAGEMENT ) <br> INC., et al., ) <br> ) <br> Defendants. ) | Case No. 1:20-CV-00570 <br> Hon. Thomas M. Durkin |

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DISH Network L.L.C. and Defendants Apollo Global Management, Inc.; Terrier Media Buyer, Inc.; NBI Holdings, LLC; Northwest Broadcasting, Inc.; Camelot Media Buyer Inc. and Camelot Media Holdings, LLC, by and through their undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice, each party to bear its own costs of suit.

Dated: December 14, 2020

| | |
|---|---|
| */s/ Hille R. Sheppard* <br> Scott Lassar (No. 1586270) <br> Bruce R. Braun (No. 6206628) <br> Hille R. Sheppard (No. 6226077) <br> John M. Skakun III (No. 6297636) <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, IL 60603 <br> Telephone: (312) 853-7000 <br> Facsimile: (312) 853-7036 <br><br> *Counsel for Defendants* | */s/ Jared R. Butcher* <br> Pantelis Michalopoulos (*pro hac vice*) <br> Michael Dockterman (ARDC #: 3121675) <br> Jared R. Butcher (*pro hac vice*) <br> STEPTOE & JOHNSON LLP <br> 227 West Monroe, Suite 4700 <br> Chicago, Illinois 60606 <br> Telephone: (312) 577-1243 <br> Facsimile: (312) 577-1370 <br> - and – <br> 1330 Connecticut Avenue, N.W. <br> Washington, D.C. 20036 <br> Telephone: (202) 429-3000 <br><br> *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that foregoing was served on counsel of record via the ECF Pacer E-Filing system on December 14, 2020.

                                                *s/ Jared R. Butcher*
                                                 Jared R. Butcher